IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUSAN NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>RIVR MEDIA, and A&E NETWORKS,<br><br>    Defendants. | **ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Case No. 2:16-cv-00228-DN<br><br>District Judge David Nuffer |

Plaintiff Susan Nelson filed the complaint in this action on March 21, 2016.[1] Nelson has not served the complaint on the defendants. Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant." On May 22, 2017, the following docket text order was entered to give notice to Nelson that the action may be dismissed:

> Plaintiff has not complied with Federal Rule of Procedure 4(m), which requires that defendants be served within 90 days after the complaint is filed. Plaintiff must provide proof of service by Tuesday, May 30, 2017, or the action will be dismissed without prejudice.[2]

Nelson has not provided proof of service.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The clerk of the court is directed to CLOSE this case.

Signed May 30, 2017.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Complaint and Jury Demand, docket no. 2, filed March 21, 2016.

[2] Docket no. 6, entered May 22, 2017.